IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02625-RPM

PARISET FAMILY PARTNERSHIP, LLLP,

    Plaintiff,

v.

STATE RESOURCES, CORP.,

    Defendant and Third-Party Plaintiff,

v.

BAR HK FARMS,
SCOTT PARISET,
STEVE PARISET, and
ROBERT PARISET,

    Third-Party Defendants.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [4], filed on December 29, 2009, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and fees.

DATED:   December 30th, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge